**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, VICTOR AGUIRRE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AGUIRRE,<br><br>  Plaintiff,<br><br>vs.<br><br>Carniceria Don Juan, Inc., Van, LLC; and Does 1 to 10,<br><br>  Defendants. | **Case No.: 2:20-cv-06243-MWF-PVC**<br>**Assigned to Hon. Michael W. Fitzgerald**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff VICTOR AGUIRRE ("Plaintiff") and Defendant VAN LLC (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: June 16, 2021                    SO. CAL. EQUAL ACCESS GROUP

By: /s/        Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

Dated: June 16, 2021                    VAUGHAN & ASSOCIATES LAW OFFICE, APC

/s/ Cris C. Vaughan
Cris C. Vaughan
Attorneys for Defendant Van, LLC

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 16, 2021                    By: /s/ Jason J. Kim
Jason J. Kim